UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:17-cv-1186 T13 MAP

KRISTEN DAMON, etc.,

Plaintiff,
v.

PERSONAL ENRICHMENT THROUGH
MENTAL HEALTH SERVICES, INC.,

Defendant.
_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

**(Federal Question Jurisdiction)**

Defendant, PERSONAL ENRICHMENT THROUGH MENTAL HEALTH SERVICES, INC. ("Defendant"), in accordance with 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of and Petition for Removal ("Notice").

Defendant requests that this Court remove this action filed by Plaintiff, KRISTEN DAMON ("Plaintiff"), from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

The removal of this action is based upon the following:

1. On March 24, 2017, Plaintiff filed a civil action against Defendant in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, captioned KRISTEN DAMON v. PERSONAL ENRICHMENT THROUGH MENTAL HEALTH SERVICES, INC., Case No. 17-001869-CI.

2. In her unverified Complaint, Plaintiff alleges and asserts a cause of action for allegedly unpaid overtime compensation pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§201, et seq.

3. As shown in the Complaint, this is an action arising under a federal statute that is within the federal question jurisdiction of the United States District Court, as required by 28 U.S.C. §§ 1331, 1441. Therefore, this action is one that may be removed to this Court and division by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) and Local Rules 1.02(b)(4) and 4.02(a).

4. Defendant files this Notice of and Petition for Removal within 30 days of being served with initial process in this case on April 27, 2017.

5. Venue properly lies in this District Court pursuant to the provisions of 28 U.S.C. § 1391. The District and Division embracing the place where the underlying action is pending is the United States District Court for the Middle District of Florida, Tampa Division, in accordance with 28 U.S.C. § 1441(a) and Local Rule 4.02(a).

6. Copies of all process, pleadings, and orders served upon Defendant and/or filed in this action with the state of Florida Circuit Court are attached to this Notice of and Petition for Removal as Exhibit 1, as required by 28 U.S.C. § 1446(a) and Local Rule 4.02(b).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of Removal to all parties in this action and have filed a copy of this Notice of and Petition for Removal with the Clerk of Court for the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. See Exhibit 2 attached to this Notice.

WHEREFORE, Defendant, PERSONAL ENRICHMENT THROUGH MENTAL HEALTH SERVICES, INC., respectfully request that further proceedings in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, in Case No. 17-001869-CI be discontinued, and that this action be removed to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

**DLD LAWYERS**
**DEMAHY LABRADOR & DRAKE, P.A.**
Attorneys for Defendant
806 Douglas Road, 12th Floor
Coral Gables, FL 33134
Tel.: (305) 443-4850
Fax: (305) 443-5960

By: s/ Angel Castillo, Jr.
Angel Castillo, Jr.
FLORIDA BAR NO. 273465
Email: acastillo@dldlawyers.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on May 16, 2017, the foregoing document was served via email to Plaintiff's attorneys: Angela E. Outten, Esquire, REESER, RODNITE, OUTTEN & ZDRAVKO, LLC, 3411 Palm Harbor Boulevard, Suite A, Palm Harbor, Florida 34683 by email to aoutten@rrozlaw.com.

s/ Angel Castillo, Jr.
Angel Castillo, Jr.